# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/12

## THE COPYRIGHT LAW GROUP, P.L.L.C.
*Copyright and Trademark Law – www.copyrightdefenselawyer.com*

Mike Meier (DC, MD, NY, VA)
4000 Legato Road, Suite 1100, Fairfax, VA 22033
Phone: (888) 407-6770, Fax: (703) 546-4990
Email: contact@copyrightdefenselawyer.com
Website: www.copyrightdefenselawyer.com

August 23, 2012

The Honorable
Kimba M. Wood
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, NY 10007

RE: Combat Zone Corp. v. Does 1-33, 12-cv-04132-KMW

**Request for Re-Scheduling of "Initial Conference set for 8/28/2012 at 05:00 PM in Courtroom 18B ..." and Status Report**

Dear Judge Wood:

I am respectfully requesting that the Initial Conference be re-scheduled for October 15, 2012, at 1:00 pm.

GRANTED
*Kmw*

The reason is that no information on the John Doe defendants has been received so far.

Here is a Status Report:

- The respective Internet Service Providers (ISPs) were served with the subpoenas shortly after the Discovery Motion was approved on July 18, 2012.

- The ISPs must research the customer data and then notify the John Does about the subpoena. Thereafter, John Does have 30 days to file a motion. Thus, it takes about 45 days to receive any information about the John Does. Sometimes it takes much longer.

- The reasons for the discovery delays in this type of case include: An attorney must first negotiate an agreement with each ISP as to the number of electronic records to be researched and preserved each month, and the compensation to be paid to the ISPs for their research. ISPs have limited resources for researching such records, and generally first respond to requests from law enforcement authorities. Furthermore, the ISPs are unable to immediately notify the John Does because they must first research the records. Therefore, such discovery is a slow process.

Counsel for Plaintiff would like to note that he never initiates contact with John Does by telephone. Counsel personally handles all communications with John Does and their attorneys. Also, counsel for Plaintiff understands the John Does' needs for privacy, and thus does not require John Does wishing to resolve the matter to disclose their identity. All dismissals of John Does are not by name, but only by Doe Number and IP address.

Very truly yours,

Mike Meier (NY MM9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990

8-23-12
**SO ORDERED: N.Y., N.Y.**

_____
KIMBA M. WOOD
U.S.D.J.