# THE COPYRIGHT LAW GROUP, P.L.L.C.
Copyright and Trademark Law – www.copyrightdefenselawyer.com

October 9, 2012

The Honorable
Katherine B. Forrest
U.S. District Court for the Southern District of New York

**RE: Combat Zone v. Does 1-33, 12-cv-04132**

SCHEDULING ORDER FOR INITIAL CONFERENCE: Initial Conference set for 10/15/2012 at 01:00 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007

- **Request for continuance**

Dear Judge Forrest:

An initial Conference is scheduled for the above-captioned case. However, information on only one John Doe defendant has been received so far.

Therefore, I respectfully request that the Conference be continued until either (1) more information has been received on the John Doe defendants, or (2) an individual John Doe defendant has been named in the case.

Thank you for your time and consideration!

Very truly yours,

[signature]

Mike Meier, The Copyright Law Group, PLLC, 4000 Legato Road, Suite 1100, Fairfax, VA 22033, Phone: (888) 407-6770, Fax: (703) 546-4990

---

*Ordered*

The case was filed in May and it is now October. No further adjournments.

K. B. Forrest

10/12/12

The conference shall be held in courtroom 15A.

[Stamps: RECEIVED OCT 11 2012 KATHERINE B. FORREST U.S. DISTRICT JUDGE S.D.N.Y.; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: OCT 12 2012]