UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMBAT ZONE CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-cv-04132 |
| ) | |
| DOES 1 – 33 ) | ECF CASE |
| ) | |
| Defendants. ) | |

## ~~[PROPOSED]~~ SCHEDULING ORDER

Upon consideration of the facts that:

- This case was filed on 5/23/12;
- Discovery was granted on 7/18/12;
- Plaintiff has only identified one defendant so far; and
- On 9/27/12, the Court extended the time to serve defendants by 90 days (until December 26, 2012);

It is hereby:

**ORDERED** that Plaintiff shall name and serve one or more defendants by December 26, 2012;

**ORDERED** that the parties shall comply with the following deadlines:

Proponent's Rule 26(a)(2) Reports: February 4, 2013

Responding Rule 26(a)(2) Reports: March 4, 2013

Deadline for serving written discovery requests: April 1, 2013

Close of Discovery: May 1, 2013

Motions to Amend pleadings: May 15, 2013

Dispositive Motions: June 1, 2013

Oppositions to Dispositive Motions: June 17, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 4 2012

1

Replies: July 1, 2013

and it is further

**ORDERED** that upon completion of discovery, the parties shall file a joint status report advising the Court whether (a) the parties request referral for mediation or settlement negotiations, (b) dispositive motions are anticipated, or (c) to set a date for a pretrial conference.

**SO ORDERED.** A status conference will be held on 1/18/13 at 4:00 p.m.

**SO ORDERED** this 15th day of October, 2012.

_____
United States District Judge